**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**December 5, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JESUS JOSE VIGIL-CANALES,

    Defendant - Appellant.

No. 24-3161
(D.C. No. 2:21-CR-20008-DDC-5)
(D. Kan.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **HOLMES**, Chief Judge, **CARSON**, and **ROSSMAN**, Circuit Judges.
_____

The government moves to enforce Jesus Jose Vigil-Canales's appeal waiver.

*See United States v. Hahn*, 359 F.3d 1315, 1328 (10th Cir. 2004) (en banc)

(per curiam).  Mr. Vigil-Canales concedes the motion, so we grant it.  This appeal is

dismissed.


                    Entered for the Court


                    Per Curiam

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel.  It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.